

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
PROBATION OFFICE / PRETRIAL SERVICES AGENCY

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR -8  PM 4: 02

**ELLEN J. KRAUSE**
**Chief Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

April 5, 2005

## MEMORANDUM

TO:     U.S. District Court Judge
        (To be assigned)

        CR05-29

RE:     Ronald Johnson
        Dkt. No: 6:01CR10019-001
        Transfer of Jurisdiction

___

On March 14, 2002, Ronald Johnson appeared in the United States District Court, Western District of Virginia, to be sentenced for prepare or aid in the abet in the preparation of fraudulent tax returns. He was committed to the custody of the Bureau of Prisons for a term of forty-six months followed by a term of three years' supervised release. Special conditions require Mr. Johnson to participate in a substance abuse program as directed by the probation officer. Ronald Johnson must also participate in a program of mental health treatment, as directed by the probation office. This defendant is also subject to financial disclosure and he can not incur any new credit charges without prior approval of the probation office. The Court ordered Mr. Johnson make restitution to the Internal Revenue Service, in the amount of $20,521.80.

Mr. Johnson was released from federal prison, on February 10, 2005, to begin supervised release. His term of supervision is scheduled to terminate on February 9, 2008.

Ronald Johnson has a significant arrest and conviction history. He has approximately sixty-five arrests in his criminal history. Mr. Johnson's background indicates he is assaultive in nature; and, he requires mental health treatment.

**Transfer of Jurisdiction**
**April 5, 2005**
**RE: Johnson, Ronald**

Mr. Johnson arrived in Delaware and reported for his first probation interview, on February 14, 2004. Through social services agencies in Delaware, coupled with mental health providers under agreement with the U.S. Probation Office, Ronald Johnson is receiving mental health treatment.

Ronald Johnson lives in Bear, Delaware, with his brother and other family members. He is unemployed. Mr. Johnson has no employment income. His mother resides in New Castle, Delaware, and he has children in the area. Ronald Johnson has strong family ties in the District of Delaware.

Should Your Honor approve to accept this case to transfer jurisdiction from the Western District of Virginia, to the District of Delaware, please sign Part 2 of each document. Each form requires an original signature. Please forward the Forms back to the U.S. Probation Office (DE), so we can forward the documents to Virginia.

A copy of the presentence report and Judgement & Commitment Order in this case are attached for your review.

If Your Honor has any questions, or if you need additional information, please contact the undersigned at 252-2964. Thank you for your attention in this matter.

                                          Respectfully submitted,

                                          Ellen J. Krause
                                          Chief U. S. Probation Officer

                                          Craig H. Carpenter
                                          Senior U.S. Probation Officer

Reviewed & Approved:

John G. Selvaggi
Supervising U.S. Probation Officer