PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. CR05-29 |
| | ) |
| Ronald G. Johnson | ) |
| | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Ronald G Johnson, who was placed on supervision by the Honorable Norman K. Moon, sitting in the court at Lynchburg, Virginia on the 14th day of March, 2002, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**Please See Attached**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER..**a warrant for the arrest of Ronald G. Johnson, so he can be brought before the Court on charges of violation of supervised release. On May 2, 2005, the U.S. District Court, District of Delaware, assumed jurisdiction of this case from the Western District of Virginia.

| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this 24th day of May 2005. | _____ |
| _____ | Senior U.S. Probation Officer |
| U. S. District Judge | Place   Wilmington, DE |
| | Date   May 19, 2005 |

Page 2
RE: Ronald G. Johnson
Petition on Violation of Supervised Release
CR05-29
May 19, 2005

### Special Conditions of Supervision

1. The defendant shall pay any special assessment and restitution that is imposed by this judgement. The defendant was ordered to pay $20,521.80 to the Internal Revenue Service.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer.

5. The defendant shall participate in a mental health program, as directed by the probation officer.

6. The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

7. The defendant shall submit to a warrantless search and seizure of person and property by the probation officer, to determine the defendant is in possession of firearms or illegal controlled substances.

### Petition for Action: Cause for Violation(s) of Supervised Release

**Mandatory Condition of Supervision**: The defendant shall not commit another federal, state or local crime.

**Evidence**: On April 16, 2005, the defendant was arrested by the New Castle County Police Department and charged with offensive touching of a law enforcement officer or ambulance attendant (2 cts), resist arrest, menacing, offensive touching, unlawful imprisonment first degree and possession of a deadly weapon during the commission of a felony. The defendant is in the custody of the State of Delaware, Department of Correction, in lieu of bond.