In The United States District Court
For The District Of Delaware

**ORIGINAL**

United States Of America )
)
vs. )   Criminal Action No. CR 05-29 KAJ scanned
)
Ronald G. Johnson )

FILED

APR 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

1) "Administrative Notice Of Waiver Of Counsel"

Comes Now the Defendant Ronald G. Johnson and File
administrative Notice that I waive Counsel and wish to
Proceed Pro-Se
                          And

2)    "Motion To Proceed Pro-Se"

Come Now the Defendant Ronald G. Johnson and
Moves this Honorable Court to Proceed Pro-Se

     In Support of my above Motions Defendant
asserts the following.
                "Statement Of The Facts"
3.)  "Self Representation Is A Constitutional Right"

     a. Self Representation is a Constitutional Right as
Mandated by Congress and Supreme Court of The United
States Of America
     See: Faretta v. California, 422 U.S. 806, 95 S.Ct 2525
46 L.Ed.2d 562 (1975)

" Further Grounds "

b.) The Defendant has proceed Pro-Se for over 20 years . and have or has never lost a case in the State of Delaware. And Proceeded Pro-Se on all but (1) one to my Knowledge. Proceed Pro-Se in over 30 Case in Delaware.

c) I Proceeded Pro-Se in State Court, Superior Court of the State of Delaware in and For New Castle County, that lead to this Violation of Probation.

d.) The Charges that lead to this Violation of Probation Charges was beat on three differant Elements or Claims one, (1) was Accual Innocent (2) Two was all Chorges had to be Dismiss for Violation of my 4th Amendment Constitution rights, Illegal Seach and Seizure , Fruit-of-The-Poisonous Tree-Doctrine , Exclusionary Rule (3) Three was I was inCompotent at the time of offense and or Insone at the time of the offense. Which are the Same three element or Claims will End this Violation of Probation Claim,

Therefore Defendant want to represent himself on this Violation of Probation Hearing.

" Oath And Affidevit "

I Declare under penalty of perjury that the foregoing Declared April 24, 2006, Ronald Johnson is true and Correct.

" Certificate OF Service "

I Declare the my Probation OFFicer was serve and the United States Attorney General was served and 4 Copies to this Hon. Court Declared April 24, 06, Ronald Johnson

Ronald G. Johnson
#182424 / H. R. Y. C. I.
P.O. Box 9561
Wilmington, Delaware 19809

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.63⁰
02 1A          APR 27 2006
0004615572
MAILED FROM ZIP CODE 19802

OFFICe
United States District Court
For The District of Delaware
844 N King Street
U.S.
M.S.
RAY
Wilmington, Delaware 19801

LEGAL MAIL ONLY