In The United States District Court
For The District Of Delaware

United States Of America )
   V.              )
Ronald G. Johnson        } Criminal Action No. CR05-29
                 )

## Request Court Date

FILED

MAY – 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear; Clerk

a.) Please send me a Court Docket Sheet.

b) Please send me Notice of my next next Court date so I can be Prepare. My last notice was in Court I want to make sure there is no changes.

The sooner I can appear the quicker I can get this over.

Thank You and Your help and kindness is truely truely Appreciated

Thank You Sincerely Ronald Johnson 4-30-06

Ronald G. Johnson
#18242/ART.CT
P.O. Box 9561
Wilmington, Delaware
19809

OFFice OF The Clerk
United States District Court
For The District OF Delaware
844 N King Street
Wilmington, Delaware 19802

**LEGAL MAIL ONLY**