OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 5, 2006

TO: Ronald G. Johnson
SBI# 182421
HRYCF
P.O. Box 9561
Wilmington, DE 19809

**RE: *Request for Copy of Docket, CR 05-29(KAJ)***

Dear Mr. Johnson:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet, Order



In The United States District Court
For The District Of Delaware

United States Of America )
V.                        )
Ronald G. Johnson        ) Criminal Action No. CR05-29
                         )

Request Court Date

FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear; Clerk

a.) Please send me a Court Docket Sheet.

b.) Please send me Notice of my next next Court date so I can be Prepare. My last notice was in Court I want to make sure there is no Changes.

The sooner I can appear the quicker I can get this over.

Thank You and Your help and kindness is truely truely Appreciated
Thank You Sincerely Ronald Johnson 4-30-06