PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
        )
        Plaintiff,    )
        )
    vs.    )    **Criminal Action No. CR05-29**
        )
Ronald G. Johnson    )
        )
        Defendant.    )

### AMENDED
**Petition on Probation and Supervised Release**

COMES NOW Craig H. Carpenter  Probation Officer of the Court presenting an official report upon the conduct and attitude of Ronald G Johnson , who was placed on supervision by the Honorable Norman K. Moon. , sitting in the court at Lynchburg, Virginia  on the 14th  day of March, 2002 , who fixed the period of supervision at 3 years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**Please See Attached**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER..**the original petition signed by the Court on May 24, 2005, be amended to add a violation of standard condition #7.  It is recommended all other aspects of the original petition remain unchanged and in full force.

**ORDER OF COURT**

So ordered this _____ 10th _____ day

of _____ May _____ 2006.

_____
U. S. District Judge

Respectfully, _____

_____
Senior U.S. Probation Officer

Place    Wilmington, DE

Date    May 8, 2006

Page 2
RE: Ronald G. Johnson
Petition on Violation of Supervised Release- Amended
CR05-29
May 8, 2006

## Special Conditions of Supervision

1.  The defendant shall pay any special assessment and restitution that is imposed by this judgement.  The defendant was ordered to pay $20,521.80 to the Internal Revenue Service.

2.  The defendant shall provide the probation officer with access to any requested financial information.

3.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4.  The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer.

5.  The defendant shall participate in a mental health program, as directed by the probation officer.

6.  The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

7.  The defendant shall submit to a warrantless search and seizure of person and property by the probation officer, to determine the defendant is in possession of firearms or illegal controlled substances.

## Petition for Action: Cause for Violation(s) of Supervised Release

**Mandatory Condition of Supervision**:  The defendant shall not commit another federal, state or local crime.

**Evidence**: On April 16, 2005, the defendant was arrested by the New Castle County Police Department and charged with offensive touching of a law enforcement officer, as well as offenses of resist arrest, menacing, offensive touching, unlawful imprisonment first degree and possession of a deadly weapon during the commission of a felony.  The state charges were nol-prossed by the State of Delaware on April 21, 2006, in part, because a key witness for the state could not be located.  New Castle County police are available to testify at a federal revocation hearing in connection to the alleged offensive touching against a law enforcement officer, a new criminal offense.

Page 2
RE: Ronald G. Johnson
Petition on Violation of Supervised Release - Amended
CR05-29
May 8, 2006

**Standard Condition #7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Evidence:** Contained in a statement or "Notice of Written Pleading to the Charges of this Case" dated March 21, 2006 and submitted by Ronald G. Johnson for his state case, Mr. Johnson wrote he had "dranken 4 beers, a half pint of gin and almost a Fifth of wine (mad dog 20-20)" the day of his April 16, 2005 arrest.  The defendant also indicates he had consumed his mental health prescription medication, Seroquel, which resulted in the defendant being "knock-out and intoxicated".