IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-29-KAJ |
| | ) | |
| RONALD G. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **10th** day of **May, 2006**,

IT IS ORDERED that the revocation hearing presently set for **May 12, 2006 at 9:30 a.m.** is hereby rescheduled to **May 12, 2006 at 10:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE