IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-29-KAJ |
| ) | |
| RONALD G. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this **12th** day of **May, 2006**,

IT IS HEREBY ORDERED that the court will reconvene the May 12, 2006 revocation hearing on **May 30, 2006 at 10:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE