ORIGINAL

In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Movant )
V. ) Criminal Action No. CR05-29
United States Of America )

FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Motion For Hon: Judge Kent A. Jordan To Recuse Himself
And Or "Be Disqualified"

Comes Now, The Movant Ronald G. Johnson and Moves this Honorable Court to Disqualify Judge Kent A. Jordan and for him to Recuse Himself. In Support thereof Movant Present the follow, "Request New Judge and Immediate Hearing"

"Statement Of The Facts,"

"Bias, Prejudice And Violation Of Equal Protection Of Law"

I Filed a Motion To Dismiss Charges Of Violation Of Probation because the State officers evidence and testimony was the fruit of a illegal search and seizure and was inadmissible in State and Federal Court. The State Charges was beat on same issues, Brings to mind "Double Jeopary" Violations, Beat in State Court on same issue.

The Government, United States Of America Prosecuter "Folded" and gave up and said I agree with the defendant that the evidence of the officer and their testimony was the fruit of a illegal search and seizure. You Judge Kent Jordan exceeded your "Jurisdiction" and authority being "Bias and Prejudice" and Violated my "Equal Protection Law Rights" By not allowing the

Page 1-5

allowing the Government Prosecuting attorney to fold and Dismiss Charges, You seeking a Conviction of a "innocent man" exceeded your jurisdiction and authority. You attempting To (Represent) defend the State and Government (You can not be both Prosecuter and Judge) You "instructed" the prosecuter to "Search and Investigate" "Certain law and defenses" and "Order" the Prosecuter to prepare a writen response to give you a chance to Rule against my Motion To Dismiss (using your defense you gave her,) You told her what to prepare, Order her to prepare it. Then You want to Rule on it.

Constitutional Violations, Criminal offense

See. Title 18USC 242, Title 18USC 241 It is a Criminal offense for you to seek to violate my Constitutional Rights. And It a Criminal offense for the Government, United States of America, to know that Rights are being violated, Both of You as a Spur Should put a end to this Case. I am innocent. See Title 28 USC 1331 if you don't See 42 USC 1986 and 42 USC 1985. The Prosecuter already folded. If you File what he told you to File your throwing out the good Faith he Hon. Judge Kent A. Jordan. has already throw it out These action with my other petition like 28 USC 2241(c)(3) against these Charges of violation. Writ of Habeas Corpus is the Most Speedy remedy to resolve illegal Custody he is setting on my Cases doing nothing therefore violating my Right to relief. He tok notice at Hearing May 12,06 that he acknowledge me threw my petition. I am preserving all his Violation of last, removing all good faith and giving him Administrative notice of his numerous numerous violation, Damages is Calculating. I do not want to file any Civil Action against You Judge Hon. K.A. Jordan I want you to get off my back "Totally" The Government folded grant my Motion to Dismiss or her request to admitt and agree with my Motion to Dismiss ending the Case as it was to Suppose to been May 12,2006. I will sue the Government and Judge if you continue to prosecute this Case. See "Conspiracy" Title 18 USC 241 ② Title 18 USC 241. 42 USC 1986, 42 USC 1985, 28 USC 1331

At Hearing May 2, 2006 to much time. It's not the Government job to Committ a injustice or assistin it

## Constitutional Violation, Bias and Prejudice, Equal Protection of Law Violation, Bad Faith, Intension Damage et al.,

a) You trying to Prosecute me all by yourself, Being both Judge And Prosecute. You told the Government, United States of America Prosecute "No" (Order her) to Subpeana Andrew Vella as a witness for the State and Government to seek a Conviction. So you can seek a Conviction. "You can not give legal advise and You can not (Represent) defend the Government, United States of America. You can not defend the state from lawsuit file against officers in this Court Civil Action No 06-240 K.A.J. Which you reside over at this time. "Evidence OF Prejudice And Bias."

b) I filed a Motion to Dismiss the Government did not have a Defense to my Claims. On May 12, 2006 "Agreed" with my claims That the evidence is the Fruit of a illegal Search and Seizure. Now you Order her to prepare a response and instruct her what to file. The case was over when she agreed with My Motion To Dismiss.

c) You attempt and allowed the (Government) State to put on testimony and evidence that was Dismissed in State Court as inadmissible. The Fruit of a illegal Search and Seizure. I stop that Hearing. You allowed me to stop it because you "knew" and know it was inadmissible. See Title 18 USC 242 see Title 18 USC 241, Title 28 USC 1331, Title 42 USC 1986 and Title 42 USC 1985. These Cases Prohibit you from allowing inadmissible evidence and makes you liable to Criminal charges and Lawsuits. And Protects my "Equal Protection OF Law Rights" Your in violation of them all. The Government, United States of America Folded May 12, 2006.

(3.)

"<u>Equal Protection OF Law Violations, Bias and Prejudice,</u>
<u>Clear Error</u>"

You are attempting to bring in Federal Court a Full Pledged State Trial. You think I don't know you can't do that. Because I have not present the laws to you do not mean I can or will not. Keep in mind I can prove you are a "<u>layman in Law</u>" You know what's Right and Wrong. You know I have a right to Counsel. Just because a defendant does not know his right do not mean he do not have them. You may have gotten away with Forcing a attorney on many before me because they did not know their rights. But keep in mind what right I don't know I can search and find. Keep in mind I can Shepard Case and can get Computer help with cases.

"<u>Jurisdiction Defect</u>"

Now I am going to tell you to Check the rules of evidence allowed in Probation Violation Hearing. You will find you can not have a State trial in Federal Court. Their two seperate entities. Two seperate jurisdiction. The information is also Double Jeapardy I beat it on the State level.

P.S For all the reason Stated in this Case I will sue the government if it is Continued / Future (Intentional Harm)

<u>Re: To Your Threat To Bring In New Counsel</u>

Your Honor if you heard yourself said "<u>you</u>" need a new assistance of Counsel. You did not say I need assistance of Counsel. 20 years of dealing with Criminals who are Judges or Klans taught me that means You intend of a Full blast Lynching which you know the defendant is going to become disrupting when he see it coming. Let me guess. You intend on granting the Motion the government intend to file. That you "<u>Ordered</u>" her to File. Using the information "you Order and <u>Instructed her to use</u>". Then you intend on allowing all evidence that was not allow in State Court in Federal Court. And your going to allow the Government "<u>all</u>" she can bring in regardless of what Constitutions they Violate." Your to Late the Government United States of America Prosecuter has already folded May 12, 2006" And agreed with me that the officers testimony and evidence is the fruit of a illegal Search and

④

Seizure and is inadmissible in state or federal Court. You try to take this Case Futher get your attorney.

## "Conclusion and Relief Prayed"

a.) I want a Dismissal of all Charges, I want the Government Motion suppressed, Prohibited, Disallowed and striked because it is Nothing other than Judge Kent A. Jordan Motion he "order" the Prosecuter to File using the grounds he instruct her to use.

b.) I want Judge Kent A. Jordan Disqualified

c.) I want Honorable Judge Kent A. Jordan to Recose himself from any other Hearing Regarding this violation Hearing.

d.) I want the Government, United States of America Prosecuter request to agree with my grounds to Dismiss this Violation of Probation Charges "respected" and Charges dismissed. "If the officers had not illegally broke in my house it would not be any officers Charges"

e.) I want a new judge appointed anyone "But not Judge Slice". He is a party to a Lawsuit File in this Court in the year of 2001 by me.

f.) Copy of Hearing on May 12, 2006

## "Certificate Of Service"

I Declare that I Serve a true and Full copy of this Motion to 1) Shannon Thee Hanson 1007 Oranges Street, Suit 700 Wilmington Delaware 19899

2.) United States Probation Officer Craige H. Carpenter 844 N. King Street, Wilmington Delaware 19802

3.) 5 Copies To This Honorable Court a Original and 4 Copies

## Oath And Affidavit

I Declare that the above is true and Correct under Penalty of perjury Declare May 12, 2006 Signed Ronald Jackson

(5.)

"Confidencial"
"Office of The Clerk" "Present To" a Copy
United States District Court
for The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

Ronald G. Johnson
#182421 (H.R.T.C.I.)
P.O. Box 9561
Wilmington, Delaware 19809