OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

May 16, 2006

John Deckers, Esq.
800 N. King Street
Suite 302
Wilmington, DE 19801

RE: US v. Ronald G. Johnson
CR 05-29-1-KAJ

Dear Mr. Deckers:

Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above matter. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days, with the enclosed worksheets, for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

Sincerely,
PETER T. DALLEO, CLERK

BY: *[signature]*
Deputy Clerk

PTD/bkb
enclosure

cc: AUSA Shannon Thee Hanson

FILED
MAY 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 16 PM 4:00
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED