<u>United States District Court</u>
For The District Of Delaware

Ronald G. Johnson
<u>Plaintiff</u>

v.

United States Of America et.al.,
<u>Defendant(s)</u>

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: CR 05-29

I, Ronald G. Johnson _____ declare that I am the (check appropriate box)

• • (Petitioner)/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**
**MAY 19 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?    • (Yes)    • • No    (If "No" go to Question)
   If "YES" state the place of your incarceration   Howard R. Young Correctional Institution  1301 East 12th Street Wilmington Delaware 19809

   **Inmate Identification Number (Required):** #182421

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   <u>Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
   transactions</u>  O.K.

2. Are you currently employed?   • • Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a
      and give the name and address of your employer. N.A.,

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home
      salary or wages and pay period and the name and address of your last employer.
      N.A. I been Incarcerate over 4 years or so

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • (No)
   b. Rent payments, interest or dividends             • • Yes    • (No)
   c. Pensions, annuities or life insurance payments   • • Yes    • (No)
   d. Disability or workers compensation payments      • • Yes    • (No)
   e. Gifts or inheritances                            • • Yes    • (No)
   f. Any other sources                                • • Yes    • (No)

   If the answer to any of the above is "YES" describe each source of money and state the amount
   received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes   • (No)

   If "Yes" state the total amount $ N,A. — 0 —

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   • (No)

   If "Yes" describe the property and state its value.  N,A.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.  N,A.

   N,A.

I declare under penalty of perjury that the above information is true and correct.

May 12, 2006                           *Ronald Johnson*
DATE                                   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified **statement of each account.**

```
RESIDENT HISTORY REPORT                                            Page 1 of 1

HRYCI
03/02/06 10:20
ST 007 / OPR JMH

SBI            : 182421
Resident Name  : JOHNSON, RONALD G
Time Frame     : 05/11/2005 12:33 - 03/02/2006 10:20

---------------------------------------------------------------------------
Date         Time    Type           ST   OPR    Receipt #      Amount    Balance
---------------------------------------------------------------------------

05/11/2005   12:33   Intake          4   SED    D25363          50.00     50.00
05/13/2005   16:13   Rec Payment     7   kjg    G5461            6.47     43.53
05/24/2005   11:57   Order           2   DDT    B64915          18.12     25.41
06/01/2005   10:14   Order           2   DDT    B65691          22.00      3.41
06/08/2005   10:14   Order           2   DDT    B66784           3.36      0.05
02/15/2006   13:13   Add             8   RP     H18789          20.00     20.05
02/22/2006   08:39   Order           2   DDT    B102794         17.93      2.12
02/27/2006   09:25   Rec Payment     6   kjg    F17062           1.93      0.19
03/01/2006   09:10   Order           2   WLH    B103957          0.13      0.06
```

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
05/04/06 10:26
ST 006 / OPR KJG

SBI             : 182421
Resident Name   : JOHNSON, RONALD G
Time Frame      : 05/11/2005 12:33 - 05/04/2006 10:26

--------------------------------------------------------------------------------
Date        Time    Type              ST   OPR    Receipt #       Amount    Balance
--------------------------------------------------------------------------------

05/11/2005  12:33   Intake             4   SED    D25363           50.00      50.00
05/13/2005  16:13   Rec Payment        7   kjg    G5461             6.47      43.53
05/24/2005  11:57   Order              2   DDT    B64915           18.12      25.41
06/01/2005  10:14   Order              2   DDT    B65691           22.00       3.41
06/08/2005  10:14   Order              2   DDT    B66784            3.36       0.05
02/15/2006  13:13   Add                8   RP     H18789           20.00      20.05
02/22/2006  08:39   Order              2   DDT    B102794          17.93       2.12
02/27/2006  09:25   Rec Payment        6   kjg    F17062            1.93       0.19
03/01/2006  09:10   Order              2   WLH    B103957           0.13       0.06
```