# United States District Court
## For The District Of Delaware

Ronald G. Johnson #182421 )
  Movant )
 )  Criminal Action No. CR05-29
v. )  Related Cases: Mapp v. Ohio,
 )  Weeks v. United States, 232 U.S. 383
United States Of America )  34 S.Ct 341, 58 L.Ed 652

**FILED MAY 19 2006  U.S. DISTRICT COURT  DISTRICT OF DELAWARE**

"1.) Motion To Dismiss Charges Of Violation Of Probation"

Comes Now, The Movant Ronald G. Johnson and Moves this Honorable Court to Dismiss the Charges of Violation of Probation. In Support thereof Movant assert the following.

"And"

"2.) Motion For Copy Of Probation Violation Hearing May 12, 2006"

Comes Now, The Movant Ronald G. Johnson and Moves this Honorable Court For a Copy for a Copy of Probation Violation hearing May 12, 2006. In Support there Movant asserts the following. Request to Stop "all" proceeding till I get Transcript of May 12, 2006 Hearing.

3.)  Statement Of The Facts

Before May 12, 2006 and Verbally On May 12, 2006 the Movant Motion For Dismissal of All Charges Of Violation Of Probation, On the grounds that the evidence the Government the United States Of America, wish to present is evidence illegally obtain by a illegal Search and Seizure. And is the Fruit Of a 4th Amendment Violation, Pursuant to the Fruit-Of-the-Poisonous Tree-Doctrine any and all evidence obtained by a illegally Search and Seizure is inadmissible in State and Federal Court

Page 1-3

4.) "Evidence In Support Of Motion To Dismiss Violation Of Probation Charges"

a.) The Government, United States Of America Prosecuter "Shannon Thee Hanson" Esquire "admitted" and "100% agreed with me" that the officer charges was the Fruit of a illegal search and seizure. And is inadmissible in State or Federal Court

b.) "Bias And Prejudice Of Judge Kent A. Jordan"

I made a Motion to Dismiss All Charges Of The Violation of Probation. The Prosecuter Government of The United States of America And For the United States Probation Office "Shannon Thee Hanson" (admitted) and (100% agreed) with me that the evidence of the officer was the Fruit of a illegal "Search" and therefore should be inadmissible in Federal Court as the evidence was inadmissible in the State Court.

c.) "Bias And Prejudice"

Instead of Dismissing the Charges as I had Move and Motioned the Court. He instruct the Government to evidence that could defeat my Claims. Postpone the Case So the Government could investigate the defense to my claims that the evidence must be Suppressed.

5.) "Conclusion"

I had a Right to a Dismissal Of All Charges May 12, 2006 when I Moved the Court to Dismiss them and the Government Prosecuter "admitted", and "100% agreed" that the officers testimony and evidence was the Fruit of a illegal search and seizure.

6.) "Administrative Notice"

When and if the Government come in with a Defense you instructed her to and the Ground to win and if you do role with her you can

expect me to File at lest a half Million Dollar Lawsuit (Witness)

7.) "Final Conclusion"

P.S. Keep in mind you can not have a full Pledge trial, State trial in Federal Court as your attempting. Your officer know that and never seen what you attempt to allow.

a) Prior to your advice the Government had folded and "admitted and agreed" 100% "'ll" "with me" that the Officer statement was the Fruit of a illegal Search and Seizure, And was inadmissible in Court. At-that point at that point all Charges should have been Dismissed. "I want all Charges Dropped"

Do you want to be a defendant in Civil Action No. 06-240 ?K.A.J. With The Officers?

b) You instructed her what to Search and where to Search and gave her time to prepare a brief to defeat or defend against my Claims.

8.) Administrative Notice To Both You

The Prosecuters and Judges are Layman of Law and know how thing is suppose to go. See Title 18 USC 242 and Title 18 USC 241 and 42 USC 1986 42 USC 1985 And Title 28 USC 1331. I told you before this is my life and I take a threat to my life seriously.

I can show I can Full the Court with my Family and Friends. Everyone is not Corrupt. I can Find a Strong ear to listen. Please! Stop threatening my life and end this Case.

9.) "Certificate OF Service"

I serve the United States Probation Officer And the United States Of America Government Shannon Thee Hanson a true and Full Copy. Also the Original and 4 Copies to this Court.

"Oath and Affidavit"

I Declare that the above is true and Correct under perjury Declare on May 12, 2006   signed Ronald Jeha___