OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 25, 2006

TO:  Ronald Johnson
     SBI #182421
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19802

**RE:  Return of Documents; CR 05-29(KAJ)**

Dear Mr. Johnson:

   The Clerk's Office is in receipt of the enclosed and returned documents. Please be advised the Clerk's Office does not require additional copies.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/bad                                  PETER T. DALLEO
                                      CLERK

cc:  The Honorable Kent A. Jordan