IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Criminal Action No. 05-29-KAJ |
| | ) |
| RONALD G. JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, the defendant has been charged with violating the terms and conditions of his supervised release, and has been adjudicated to have committed such a violation; and

WHEREAS, for the reasons stated in open court at the conclusion of the hearing on defendant's supervised release violation, the court "desires more information than is otherwise available to it as a basis for determining the mental condition of the defendant," 19 U.S.C. §3552(c).

IT IS HEREBY ORDERED this 30th day of May, 2006, pursuant to 18 U.S.C. § 3552(c), 4244(b), and 4247(b) & (c) that Ronald Johnson shall forthwith be committed to the custody of the Attorney General for a term of thirty (30) days for placement at a suitable federal facility for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological, and/or neurological examination of the defendant to aid in the determination of an appropriate sentence.

IT IS FURTHER ORDERED that a psychiatric, psychological, or medical study report be prepared by the examiner and that a report be filed with the court. The report shall include the following:

1.    Mr. Johnson's history;

2.    A description of the psychiatric, psychological, neurological, and medical tests that were employed and their results to properly inform the court if Mr. Johnson is experiencing a psychiatric, psychological, neurological and/or medical problem.

3.    The examiner's findings of all present symptoms.

4.    The examiner's opinions as to diagnosis, prognosis, and appropriate correctional treatment, including any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware