In The United States District Court
for The District Of Delaware

ORIGINAL

Ronald G. Johnson )
    Movant, Defendant )
v. ) Criminal Action No. CR05-29
     ) Related Cases
United States Of America et. al., ) Brady v. Maryland 373 U.S. 83, 83 SCt 1194
    In Re. To Oliver 333 U.S. 89 et. al.)

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Motion And Request For Discovery"

    Comes Now, The Movant and Defendant and Moves this Honorable Court for Order of Discovery. And Make His request For Discovery to the U.S. Attorney For the Government and U.S. Probation Office and Officer.

"List Of Discovery Requested"

a.) "Copy of May 12, 2006 Revocation Hearing". I would like a "Full Copy" of this previous hearing. It's evidence the Government 100% support my position that the Officer Charges are the Fruit of a illegal Search and Seizure and should be Suppressed. (Judge Kent A. Jordan Order her to Claim otherwise Instruct her what to File and Ordered her to File it.) Will See what the Third Circuit thinks about that.

b.) "Copy of the 911 Phone Call". The (State Officers & Government) Claims they were Called to a Domestic Involving a Knife. I intend to Dis-Credit the Officers by proving that a lie. Thereby hurting the Office Credibility. The State Court "Ordered" it the State folded before providing said transcript.

Page 1-4

c.) "Copy of Photographs" taken by Officer D. Price #2520/N.C.C.P.D. Officer Marc Alfree #2555/N.C.C.P.D. Police Report claims he logged them into N.C.C.P.D. evidence 4-16-05 at 0030 hours. There is a claim that numerous people was at my home and (drugs) (Alcohal) was being used maybe I can prove that was false by the Photos.

d.) "Copy of Officer D. Price Police Report #2520" He was the investigating officer who first spoke to Michelle Roebuck the accused victim and all these offenses was reported by him, and to him. So his knowledge and account would be more correct than anyone else.

"Re: Officer Marc Alfree #2555"
e.) Copy of a Valid warrent" I request one with all the needed eliment to be valid according to Law Superior Court Rules of Criminal Procedures 1-12 a.) I want to see a warrent signed by a officer, with a signed, Sworn or Declare affidavit. b.) Also that is signed and approved by a magistrate or Judge approving it. All I got was a typed one given by the prosecuter "un-signed" by officer and un-signed by Magistrate or Judge. If no valid warrent was filed then it will seriously discredit the officers. Because if no charges was filed maybe no Crime happened.

f.) "Request Copy of Officer R. Cras #2527 Police Report" He was also on the seen and officer Alfree #2555 said he gave this officer his warrent. This officer warrent is needed because it is believed that no arrest warrent was ever filed, So I need his police Report and a Copy of the warrent given him.

g.) "Request Copy of Arraignment Before Judge Mcnesby of J.P. Court #11 On April 16, 2006" Defendant need a Copy of this Hearing to prove it never happened. I was never arraigned. This will prove I was never formally arrest and arraigned for any charges. The Probable Cause of this Revocation hearing is base on a arrest that never happen.

(2)

h.) Defendant Request a Copy of State grand jury minutes "May 31, 2006." It is believed that no State grand jury return any indictment. I believe the indictment that was first presented to me is fraud. On 6-7-05 & 6-14-05 there was no indictment in the Superior Court Records. Plus defendant wishes to know what evidence was presented to the grand jury. Because at Preliminary Hearing there was no known arresting officer. There was no victim or witness statements. There was no valid warrents. So I want to know what evidence was relied upon.

i.) <u>Statement of Facts</u>

One of my main claims threw-out this State Criminal Case was a I was never arrest by any officer. As was proven at Preliminary Hearing April 22, 2005. No officer told me I was under arrest. No officer took me to a Police Station. No Picture of me was taken. I was not taken before a magistrate or Judge upon claimed arrest. No warrent or paperwork was given me. I was taken to a Christiana Hospital April 15, 2005 for claimed Overdose. No officer upon arrest said I was under arrest. I was not read any Rights. A officer told me No officer is Pressing charges he know of. He was holding me in Custody to See if anyone Press charges. No one came forth with charges. He told me he must leave, but he is Calling Howard R Young Correctional Institutional staff to watch me. So a lady came to watch me, One hour after she came she said she just got payed and she is leaving. And she is taking me to Gander Hill Prison. She

③

She repeated she leaving. I said I am not under arrest and I have not been Charged. She said she don't Care. It not her job to watch me, She taking me to Gander Hill let them deal with me. That's how I got in jail. And they made this all up to justify a illegal incarceration. This Discovery will prove my claims.

I was not arrest by any officer, I was never told I was under arrest. I was not taken before a magistrate or judge upon arrest which is require by law. I have never seen a valid warrent. I was never taken to a Police station and I was never booked for any Criminal Charges. This Discovery will reveal this facts.

"Certificate OF Service"

I Declare that the below Parties was served. A true and full Copy of this Discovery Request was serve on these parties below. Original and 4 Copies to this Court

a.) U.S. Attorney Shannon Thee Hanson

b.) U.S. Probation Officer Craige H. Carpenter.

"Oath and Affidavit"

I Declare that the forgoing is true and correct under Penalty of perjury

Declare May 23, 2006, Signed Ronald Jahn

(4)

Ronald G. Johnson
#182421 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

U.S.M.S.
PAY

Office of The Clerk
United States District Court
For The District of Delaware

844 N. King Street
Wilmington, Delaware 19801