*Exhibit A: Showing Invalid Charges*

*This shows Affidavit Not sign by office, Judge, Commissioner or Court official*

Adult Complaint and Warrant
In the Justice of the Peace Court
In and for the
State of Delaware

State of Delaware vs. **RONALD G. JOHNSON**

I, OFC MARC W ALFREE (2555) of New Castle County PD, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **New Castle** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **8** charges, and to be further dealt with as the law directs.

X _____
Affiant

Sworn to and subscribed to before me this 16th day of April AD, 2005.

_____
Judge/Commissioner/Court Official

(To be completed by the Judge/Commissioner/Court Official)
A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other: Explain _____

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **8** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **RONALD G. JOHNSON** accused, and bring same before

**Justice of the Peace Court 20, FORTHWITH, to answer said charges.**

GIVEN UNDER MY HAND, this 16th day of April AD, 2005.

_____
Judge/Commissioner/Court Official

Executed on _____ by _____
Case Number: **05 04 012348**  Warrant Number: 32 05 002559

State of Delaware vs. **RONALD G. JOHNSON**                    Case: **05 04 012348**

## Exhibit A

Charge Sequence: 001   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Possession of a Deadly Weapon During the Commission of a Felony** In Violation of 11 Del.C. § 1447 0000 F B
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did knowingly possess a deadly weapon during the commission of a felony by possessing 13 INCH BUTCHER KNIFE, a deadly weapon, during the commission of UNLAWFUL IMPRISONMENT 1ST (11/0782 F/G).
To Wit: Ronald Johnsondid possess a 13 inch butcher knife while committing the crime of Unlawful Imprisonment.

Charge Sequence: 002   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Unlawful Imprisonment First Degree** In Violation of 11 Del.C. § 0782 0000 F G
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did knowingly and unlawfully restrain another person under circumstances which expose that person to the risk of serious physical injury.
To Wit: Ronald Johnson stood in front of the front door (and the only door to the apartment) while holding a 13 inch butcher knife not allowing Michelle Roebuck to leave the apartment.

✓ Charge Sequence: 003   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Offensive Touching of Law Enforcement Officer Ambulance Attendant EMT Firefighter Corrections Officer or Medical Professional** In Violation of 11 Del.C. § 0601 00a1 M A
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did intentionally touch SCOTT SIMPSON, either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to that person who was acting in the lawful performance of his duty as a Law Enforcement Officer corrections officer
To wit: Ronald Johnson did punch Cpl S. Simpson (#2320/NCCPD) in the chest causing him alarm.

✓ Charge Sequence: 004   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Offensive Touching of Law Enforcement Officer Ambulance Attendant EMT Firefighter Corrections Officer or Medical Professional** In Violation of 11 Del.C. § 0601 00a1 M A
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did intentionally touch SCOTT SIMPSON, either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to that person who was acting in the lawful performance of his duty as a Law Enforcement Officer corrections officer
To wit: Ronald Johnson did hit Cpl S. Simpson in the chest with his chest causing him alarm.

State of Delaware vs. **RONALD G. JOHNSON**　　　　　Case: **05 04 012348**
Charge Sequence: 005   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Resisting Arrest** In Violation of 11 Del.C. § 1257 0000 M A
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did intentionally attempt to prevent MARC W ALFREE of the New Castle County PD from effecting an arrest of himself, by REFUSING TO COMPLY WITH LAWFUL ORDERS.
To Wit: Ronald Johnson did refuse to place his hands behind his back after being ordered to do so by Ofc M. Alfree (#2555/NCCPD).

Charge Sequence: 006   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Resisting Arrest** In Violation of 11 Del.C. § 1257 0000 M A
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did intentionally attempt to prevent Scott Simpson of the New Castle County PD from effecting an arrest of himself, by refusing to comply with lawful commands.
To Wit: Ronald Johnson pulled away from Cpl S. Simpson (#2320/NCCPD) while attempting to secure him to an ambulance stretcher.

Charge Sequence: 007   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Menacing** In Violation of 11 Del.C. § 0602 000A M
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did by some movement of the body, place SCOTT SIMPSON in fear of imminent physical injury,
To Wit: Ronald Johnson did kick at Cpl S. Simpson (#2320/NCCPD) causing him to be in fear of imminent physical injury.

Charge Sequence: 008   Police Complaint Number: 32 05 044934   Arrest Number: _____
Charge: **Offensive Touching** In Violation of 11 Del.C. § 0601 00a1 M
Location: 1623 New Jersey AVE - Manor Park Apts - New Castle, 19720
TO WIT: RONALD G JOHNSON, on or about the 15th day of APRIL, 2005, in the County of NEW CASTLE, State of Delaware, did intentionally touch MICHELLE ANTOINETTE ROEBUCK, either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to that person.
To Wit: Ronald Johnson did poke Michelle Roebuck in her head with his finger causing her alarm.