Exhibit B

# RULE 9 WARRANT
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| THE STATE OF DELAWARE | ) |
| | ) |
| V. | ) INDICTMENT BY THE GRAND JURY |
| RONALD G. JOHNSON | ) I.D. #0504012348 |

The Grand Jury charges RONALD G. JOHNSON with the following offenses:

**COUNT I. A FELONY** C#N 05-04-1616n

UNLAWFUL IMPRISONMENT in the FIRST DEGREE, in violation of Title 11, Section 782 of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, did knowingly and unlawfully restrain Michelle Roebuck under circumstances which exposed her to the risk of serious physical injury by threatening her with a knife and refusing to let her leave the apartment.

**COUNT II. A FELONY** #N 05-04-1615n

POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY, in violation of Title 11, Section 1447 of the Delaware Code of 1974, as amended.

A TRUE BILL

_____
(FOREPERSON)

_____
ATTORNEY GENERAL

Marsha White for
_____
DEPUTY ATTORNEY GENERAL
Andrew Vella

United States District Court for Western District of Virginia on or about March 14, 2002 to the felony charge of Prepare or Aid and Abet in the Preparation of Fraudulent Tax returns in violation Title 18 USC §287 and 2.

### COUNT IV. A MISDEMEANOR #N  F 05-04-1617w

OFFENSIVE TOUCHING OF LAW ENFORCEMENT OFFICER, in violation of Title 11, Section 601(a)(1) of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, did intentionally touch Cpl. Scott Simpson of the New Castle County Police Department either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to said person who was acting in the lawful performance of his duty as a law enforcement officer.

### COUNT V. A MISDEMEANOR #N  F 05-04-1618w

OFFENSIVE TOUCHING OF LAW ENFORCEMENT OFFICER, in violation of Title 11, Section 601(a)(1) of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, did intentionally touch Cpl. Scott Simpson of the New Castle County Police Department either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to said person who was acting in the lawful performance of his duty as a law enforcement officer.

### COUNT VI. A MISDEMEANOR #N  F 05-04-1619w

RESISTING ARREST, in violation of Title 11, Section 1257 of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, did intentionally prevent or attempt to prevent a peace officer, Officer Marc Alfree, from effecting an arrest or detention of himself or did intentionally flee from a peace officer who was effecting an arrest.

### COUNT VII. A MISDEMEANOR #N  F 05-04-1620w

RESISTING ARREST, in violation of Title 11, Section 1257 of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County

of New Castle, State of Delaware, did intentionally prevent or attempt to prevent a peace officer, Cpl. Scott Simpson, from effecting an arrest or detention of himself or did intentionally flee from a peace officer who was effecting an arrest.

### COUNT VIII. A MISDEMEANOR #N 05-04-1621

MENACING, in violation of Title 11, Section 602(a) of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, by some movement of his body or any instrument, did intentionally place Cpl. Scott Simpson in fear of imminent physical injury.

### COUNT IX. A MISDEMEANOR #N 05-04-1622

OFFENSIVE TOUCHING, in violation of Title 11, Section 601 of the Delaware Code of 1974, as amended.

RONALD G. JOHNSON, on or between the 15th day of April, 2005, in the County of New Castle, State of Delaware, did intentionally touch Michelle Roebuck either with a member of his body or with any instrument, knowing that he was thereby likely to cause offense or alarm to said person.

A TRUE BILL _____
(FOREPERSON)

_____
ATTORNEY GENERAL

Marsha White for
_____
DEPUTY ATTORNEY GENERAL
Andrew Vella