Exhibit C   "Not Indicted"

SUPERIOR COURT CRIMINAL DOCKET                          Page      2
( as of  06/21/2005 )

State of Delaware v.  RONALD G JOHNSON                          DOB: 06/23/1965
State's Atty: ANDREW J VELLA , Esq.        AKA: RONALD E JOHNSON
Defense Atty:                                   RON JOHNSON

|     | Event |       |       |
| No. | Date  | Event | Judge |
| --- | ----- | ----- | ----- |

9    05/11/2005
     MOTION TO PROCEED PRO SE FILED.  REFERRED TO JUDGE HERLIHY
7    05/12/2005
     NOTICE OF NON-CONFORMING DOCUMENTS. PETITION FOR FORMA PAUPERIS-
     NEEDS FINANCIAL STATEMENT.
     USED INCORRECT FORM.
     SENT CORRECT FORM.
8    05/12/2005
     MOTION TO DISMISS FILED PRO SE.  REFERRED TO JUDGE HERLIHY
10   05/20/2005                                   SILVERMAN FRED S.
     ORDER: IT APPEARS THAT DEFENDANT WAS ARRESTED BY NCC POLICE AND HE WAS
     COMMITTED BY THE JP COURT ON APRIL 16, 2005. ALTHOUGH DEFENDANT MAY
     HAVE RECEIVED UNSIGNED COPIES OF THE PAPERWORK, THE ACTUAL PAPERWORK
     IS REGULAR. MORE IMPORTANTLY, DEFENDANT WAS SET FOR A PRELIMINARY
     HEARING IN COURT OF COMMON PLEAS ON APRIL 22, 2005. AND THE CASE WAS
     ACCEPTED IN SUPERIOR COURT ON APRIL 25, 2005. PRESENTLY, THE CASE
     AWAITS PRESENTATION TO THE GRAND JURY. MEANWHILE, DEFENDANT PRO SE
     HAS BEEN FILING SERIAL MOTIONS FOR DISMISSAL, SPEEDY TRIAL, DISCOVERY,
     ETC. SO FAR, THE COURT HAS DENIED HABEAS CORPUS AND BAIL REDUCTION.
     DEFENDANT'S PENDING MOTIONS ARE PREMATURE AND THEY ARE DENIED,
     WITHOUT PREJUDICE. BUT THE ATTORNEY GENERAL IS ON NOTICE THAT
     DEFENDANT IMPATIENTLY AWAITS INDICTMENT AND TRIAL. IF DEFENDANT IS
     NOT INDICTED AT THE NEXT GRAND JURY, THE COURT WILL PUT THE CASE ON
     ITS CRIMINAL MOTION CALENDAR, AT DEFNDANT'S REQUEST.
     IT IS SO ORDERED.
11   05/31/2005
     INDICTMENT, TRUE BILL FILED.NO 130
     SCHEDULED FOR ARRAIGNMENT AND BAIL REPRESENTATION 06/07/05 AT 9:30
     CASE REVIEW 07/05/05 AT 9:00
     RULE 9 REQUESTED BUT NOT ISSUED.) DEFENDANT ARRESTED 04/16/05 (CG)
15   05/31/2005
     NOTICE OF APPEAL FILED IN SUPREME COURT (COPY)
12   06/01/2005
     MEMORANDUM FILED. NOTICE OF NON-CONFORMING DOCUMENTS.
     DOCUMENT RETURNED REQUIRES ORIGINAL SIGNATURE
     RETURN TO MR. JOHNSON
13   06/01/2005
     MOTION TO STRIKE WRIT OF HABEAS CORPUS 05M-05-003 FILED.
     REFERRED TO JUDGE SILVERMAN.
14   06/02/2005
     MOTION TO DISMISS INDICTMENT FILED PROSE.  REFERRED TO JUDGE SILVERMAN
     FORWARDED TO COMM. REYNOLDS