United States District Court
For The District Of Delaware

Ronald G. Johnson )
   Movant )
v )
United States Of America ) Criminal Action No. 05-29-K.A.J.
United States Probation Office )

1.) "Motion For A 30 days Continuance And Transfer To Federal Detention Center In Philadelphia Pennsylvania - Request For Order Ordering the U.S. Marshal to allow me to bring "all" Legal Paperwork and my (1) one C.D.L. Booklet

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Comes Now, The Defendant and Movant and Moves this Honorable Court For a 30 days Continuance and to be transfer to Philadelphia Pennsylvania Detention Center.

2.) Statement Of Reason And Facts

a.) The Defendant need more time to Study the Government's Defense to my Motion To Dismiss Base on 4th Amendment Violation, Exclusionary Rules And Illegal Search and Seizure, Fruit-OF-The-Poisonous Tree-Doctrine. Plus I need to be move to a place where I Can have daily use of

a Law Library. In here I only get 1 hour a week by the time I warm up it's time to leave. There I get daily use of Law Library.

b.) Plus I want Judge Kent A. Jordan Disqualified from Hearing any part Further of this Case. I want my Motion For his Disqualification heard before the Case proceed Forward.

c.) I want a new Judge to hear my Motion To Dismiss And Motion To Strike the Government Response to my Motion To Dismiss, because it is nothing other than Judge Kent A. Jordan's Motion he Order the ~~State~~ Government to File on May 12, 2006 At Revocation Hearing. He told her where to Search what to Search "Ordered" her to Search it and to File what he "Ordered".

d.) I need time to File for Discovery.

e.) Plus I am going to the Third Circuit For a Writ of Prohibition and need time for that.

F.) I also File a Writ OF Habeas Corpus Pursuant To Title 28 USC 2241(c)(3) Challanging the United States of America and United State Probation Office Jurisdiction. And hope to resolve it before this Case of Violation OF Probation Hearing begins.

## Conclusion

Defendant, Movant need a Continuance of 30 days and Request immediate transfer to the Philadelph Pennsylvania Detention Center for daily use of a Law Library.

Movant has filed a Petition for Writ of Habeas Corpus Pursuant To Title 28 USC 2241 (C)(3), which Challanges the Legality and Constitutionality of his Detention by U.S. Probation Office and United States of America. Which should be deal with before the Revocation of Probation is Dealed with. All parties to the Petition name above has been Serve. I entered it as a Counter Claim and Filed it as a regular Writ of Habeas Corpus petition. See Exhibit #A Copies of Petition already sent to everyone.

## "Certificate of Service"

## And

## "Oath and Affidavit"

I Declare that the United States Attorney Shannon Thee Hanson was Served. The U.S. Probation Office and Craige H. Carpenter, Original and 4 Copies to this Honorable Court.
I Declare all is true and Correct under perjury and all Parties was Served. Declare May 23, 2006   Ronald Salmon



Ronald G. Johnson
#182421 /H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19804

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

