ORIGINAL

# In The United States District Court For The District Of Delaware

Ronald G. Johnson )
    Movant )
v. ) Criminal Action No. CR05-29-KAJ
United States Of America )
United States Probation Office )

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1.) **Motion For Reconsideration**

Comes Now, The Defendant and Movant and Moves this Honorable Court For Reconsideration. The District Court Judge Honorable Kent A. Jordan "Found me guilty of Drinking and Overdosing. "Drinking Excessive" And "Overdosing" Off of my Prescription drugs. Or "Using my Prescription drug Excessive".

2.) Defendant and Movant Pleaded not guilty by reason of "Incompetency" and/or "Insane".

   a.) "Statement Of The Facts"

The District Court Honorable Kent A. Jordan "limitted my Insane Plea to the Fact I was "Drunk and knocked-out on my Prescription drug"

Page 1-3

That would destrive my Physical Condition, and lack of Control of my body. Being knock-out on my Prescription drug is only a degree of my mental disability. But it do not destrive my mental insanity to it fullest.

3) <u>My Insanity Plea Includes My State of Mind Before I had dranken, and before I had taken the Prescription drugs that knocked me out.</u>

   a.) <u>Statement of The Facts</u>

The Defendant and Movant testified that I could not cope with life, how I could not deal with the moment, till I almost killed myself by overdosing and drinking to past out. This was all done to escape life.

b.) I was insane before I drunk the alcohal and took the excessive amount prescription of drugs was taken. My Disability to Cope was in effect before I drunk or took the excessive amount of Prescription drugs.

4.)    <u>Statement of Facts</u>

a.) The Government never argue that I was not insane but totally agreed with the claim of insanity. So did You Honorable Judge ② Kent A. Jordan.

5.) <u>Request For Evidenuary Hearing</u>

a.) The Government United States of America Prosecuter Shannon Thee Hanson, did not "<u>Disprove</u>" the fact that I was insane or insane before I took the excessive amount of Prescription drugs and Alcohal. But it proved I was insane.

b.) <u>In The Interest OF Justice and foundamental Fairness</u> the Court Should have a Evidentuary Hearing. Or Reverse his Finding of guilt. Or have a Hearing For Further arguement.

6.) <u>Relief Prayed</u>

a.) I request for a reversal of the Court Finding of guilt.

b.) For a Evidentuary Hearing to argue the fact that I was insane past the fact of the fact of being drunk and knock-out on Prescription drugs.

7.) <u>Certificate OF Service</u>

I Declare under penalty of perjury that the Original and 4 copies was serve on the Court, That Shannon Thee Hanson U.S. Prosecuter and U.S. Probation Officer Craige H. Carpenter was serve a true and full copy. Declare <u>May 31, 2006</u>, sign <u>Ronald Johnson</u>



Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801