"Original"

☐ ORIGINAL

In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Movant )
V. ) Criminal Action No. CR05-29
United States Of America )
United States Probation Office )

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

"Motion For Copy Of Transcript Of May 30, 2006 Violation Of Probation Hearing"

   Comes Now, The Defendant and Movant and Moves this Honorable Court for a Order of Transcript Of May 30, 2006 Violation Of Probation Hearing.

"And Notice Of Appeal"

   Comes Now, The Defendant and File Notice that he Appeals,

"Statement Of The Facts"
(Appeal every Motion Denied)

   I intend to Appeal, therefore a Copy of my Violation Of Probation Hearing May 30, 2006 is need early to begin Preparation of Appeal.

Certificate Of Service

   I Declare under penalty of perjury that the forgoing is true and Correct and that U.S. Attorney Shannon Thee Hanson and U.S. Probation Officer Craige H. Carpenter was served. Declared May 31, 06, Ronald Johnson

Ronald G. Johnson
#182421 /H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801