United States District Court
For The District Of Delaware

Ronald G. Johnson )
     Petitioner     ) U.S. District Court, For District of Delaware
V.                  ) Civil Action No. _____
U.S. Probation Office )
                    ) Previous Cases
"Ex-Parte Petition" U.S. District Court Lynchburg Virginia
                    Criminal I.D. No. 6:01-cr-10019 N.K.M.
                    Delaware U.S. District Court
                    Criminal I.D. No. CR05-29

"Ex-Parte Motion For Appointment Of Counsel
Pursuant To Criminal Justice Act Title 18 USC 3006 A(a)(2)(B)"

Comes Now the Petitioner Ronald G. Johnson Inmate #18242 Address "27 Dorsey Lane, Bear, Delaware 19903" and Moves this Honorable Court For appointment Of Counsel Pursuant To the Criminal Justice Act Title 18 USC 3006 A(a)(2)(B). In Support Thereof Petitioner asserts the Following.

a.) The Petitioner Seeks to File a Petition Pursuant To 28 USC 2241(c)(3) against his illegal Custody of the U.S. Probation Office and do not know how.

b.) The Petitioner only has a 8th grade Education and Can not File his own Petition. I am not Skilled at law. The Petition I seek to File involves Complex Criminal Issues, Habeas Corpus issues, Trial Errors, Appeal Errors, Factual Errors, Jurisdiction issue and Constitution Violations et.al., "Relief Sought"

Therefore The Petition Files this Petition Seeking Appointment of Counsel. Counsel is needed and Prayed.

Oath and Affidavit: I Declared the above true under Perjury, Ronald Johnson
Thank You and Your help and kindness is truly Appreciated! Declared May 2, 2006
                                                              June 9, 2006

Ronald G. Johnson
#182424 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Office Of The Clerk
United States District Court
For The District Of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY

WILMINGTON DE 197
09 JUN 2006 PM 3

$ 00.39
JUN 09 2006
MAILED FROM ZIP CODE 19802