OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia 19106-1790

Telephone
267-299-4915

www.ca3.uscourts.gov

June 14, 2006

Mr. Ronald G. Johnson #182421
Howard R. Young Correctional Institution (Gander Hill)
P.O. Box 9561
Wilmington, DE  19809

RE: Docket No. 6-3023
    In Re:  Johnson
    Honorable Kent Jordan,  Nominal Respondent
    [Related to District of Delaware Criminal No. 05-cr-00029]

Dear Mr. Johnson:

We have today docketed the above-captioned case, filed by Ronald G. Johnson, as No. **6-3023**. This docket number must appear on all documents related to this case which are submitted to this Court.

Receipt is acknowledged today of petition for writ of mandamus and motion to proceed in forma pauperis which has been docketed as above.

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing response(s) be filed.

The requirements for the filing of an APPEARANCE FORM and DISCLOSURE STATEMENT are waived for pro se litigants.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications. Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                By:  LaToya W. Corprew

								Case Manager

cc:
	Honorable Kent Jordan
	Shannon T. Hanson, Esq.

Enclosures:
	Information for Pro Se Litigants