OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia 19106-1790 | Telephone<br>267-299-4915 |

www.ca3.uscourts.gov

June 14, 2006

Shannon T. Hanson, Esq.
Office of United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19801

RE: Docket No. 6-3023
    In Re:  Johnson
    Honorable Kent Jordan,  Nominal Respondent
    [Related to District of Delaware Criminal No. 05-cr-00029]

Dear Counsel:

We have today docketed the above-captioned case, filed by Ronald G. Johnson, as No. 6-3023. This docket number must appear on all documents related to this case which are submitted to this Court.

**Please read the following carefully. Each of the following paragraphs identifies a responsibility that must be met immediately.**

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing response(s) be filed.

**ADMITTANCE REQUIREMENTS FOR ATTORNEYS:**
Attorneys (except counsel representing the U.S.A.) must be admitted to practice before this Court in order to enter an appearance or file any documents. Third Circuit LAR 46.1. If you have never been admitted to the bar of this Court, an application form is enclosed which must be completed and returned with your form of appearance (see paragraph below).  Requirements for admission are set forth in Third Circuit LAR 46.1. The Court will refuse to file any document tendered by an attorney who has not been admitted. The application for admission form must be received in this office by **6/26/06**.

**APPEARANCE FORM:**
All attorneys who represent any party are also required to file the enclosed <u>Form for Appearance of Counsel</u> in each case in which they are involved. Third Circuit LAR 46.2. Any party whose counsel fails to file an appearance within the time indicated will not receive notices or copies of briefs and appendices. The appearance form must be received in this office by **6/26/06.** Insofar as counsel must list the parties whom they represent on the appearance form, the filing of this form will be deemed to satisfy the requirement of Rule 12[b], FRAP, without the filing of any additional statement.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications. Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

                           Very truly yours,
                           MARCIA M. WALDRON
                           Clerk

By:  LaToya W. Corprew
     Case Manager

cc:
    Honorable Kent Jordan
    Mr. Ronald G. Johnson

Enclosures:
    Application for Admission (If Applicable)
    Form for Appearance of Counsel