In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Petition, Movant )
v ) Criminal Action No. CR05-29-K.A.J.
 )
United States Of America, ) Ex-Parte
United States Probation Office )

FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Letter For Consideration

Dear; Honorable Judge Kent A. Jordan

What are you persecuting me for. I have not committed any offense. For what crime are you persecuting me. Let go. It's been said your straining at a net. As Jesus said to Saul Why you persecuting me. I have committed no sin, no violation, no offense. I been in prison for over a year and the best you can come up with is I was drunk in my home 12:00 o'clock at night.

Are you a Criminal. You making yourself a criminal. If I have to prove my innocence, which is evident, then why are you breaking the law by punishing and persecuting me. What would you answer the Judge of Judges who knows you heart about what your doing. Question would you really say your action is just or justified. You Prosecuting me knowing I committed no offense. Question yourself are you innocent. And do you have a right to persecute the innocent. Who have you become? Who are you? What's your actions for?

You have records that I am on a Mental Health Pod and doing well, I been here doing fine for over a year while incarcerated. I been evaluated. Why you want another evaluation? Your scheming stealing my life. Your not stealing my life. My life is over I live for my kids and family and grand kids. They need me. Your a thief and a robber of my "kids" and family may the Lord and real Judge Judge Ronald G. John June 16, 2006.



Ronald Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

To: Honorable Kent A. Jordan Judge
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY