In The United States District Court
For The District Of Delaware

FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson ) Ex-Parte Petition ☒ scanned
  Movant Petitioner )
V. ) Criminal Action No. 05-29-K.A.J.
 )
United States Of America ) Ex-Parte means there is no parties
 ) to this petition but me the Judge and
 ) Clerk, The United State has no interest"

Writ Of Execution And/Or Emergency Motion

And, Administrative Notice

Comes Now, The Movant and Petitioner And File for a Writ Of Execution to Order the U.S. Marshals to transfer me from Howard R. Young Correctional Institution to a Federal Facility as the Court has already "Ordered" For a Mental Evaluation

U.S. Marshals
Phone Number (302) 573-6010
Address 9th King Street Wilm. De 19801

Dear: Clerk

Please Present this Ex-Parte Emergency Motion to Honorable Judge Kent A. Jordan Or Any available Judge. The U.S. Marshal has fail to be in keeping with the Court Order For me to be immediately transfer to a Federal Facility for a Mental Evaluation

Dear; Clerk
Further more dear Clerk you are allow to enter Orders Please File a immediate Order Compelling the U.S. Marshal to make the transfer of me to a Federal Facility as the Court Ordered"
Thank You Sincerely Ronald Johnson June 23, 2006

