In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
      Petitioner )
V )  Civil Action No.
United States of America )
United States Probation Office )  CR 05-29
  ) Petition For Writ Of Habeas Corpus
  Pursuant to 28 USC 2241(c)(3)

FILED
JUN 27 2006

## Motion For Status Of Case

   Comes Now, the Petitioner and Moves this Honorable Court For the Status of my Case.

### Statement Of The Facts

   I filed Original and 4 Copies with a Application to Proceed in Forma Pauperis. What is the Status of my Case. This is my third time writing the Court and Clerk request Status of the Case

### Request Case Number

   Dear Clerk
   Please Find me the Case Number to my Petition for Writ of Habeas Corpus Pursuant to 28 USC 2241(c)(3) against United States of America and United States Probation Office Both of Delaware. Ronald Johnson June 22, 06
       Thank You Sincere

Ronald G. Johnson
#182421 / HOMES
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Office of the Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY