OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2006

TO:   Ronald G. Johnson
      SBI #182421
      HRYCI
      P O Box 9561
      Wilmington, DE 19809

*RE:   Status Letter; CR 05-29(KAJ)*

Dear Mr. Johnson:

   This office received a letter from you requesting the status of criminal case 05-29  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                           Sincerely,

/bad                                       PETER T. DALLEO
                                           CLERK

cc:  The Honorable Kent A. Jordan
enc. Docket Sheet

# In The United States District Court For The District of Delaware

(41)

Ronald G. Johnson, Petitioner

V

United States of America

United States Probation Office

Civil Action No.

CR 05-29

Petition For Writ Of Habeas Corpus Pursuant to 28 USC 2241 (c)(3)

**FILED JUN 27 2006**

## Motion For Status Of Case

Comes Now, the Petitioner and Moves this Honorable Court For the Status of my Case.

### Statement Of The Facts

I Filed Original and 4 Copies with a Application to Proceed in Forma Pauperis. What is the Status of my Case. This is my third time writing the Court and Clerk request Status of the Case

### Request Case Number

Dear Clerk

Please Find me the Case Number to my Petition For Writ of Habeas Corpus Pursuant to 28 USC 2241 (c)(3) against United States of America and United States Probation Office Both of Delaware

Thank You Sincere, Ronald Joh__ June 22/06