United States District Court
For The District of Delaware

ORIGINAL

Ronald G. Johnson #182421  )
Petitioner  P.O. Box 9561  )
         Wilmington, De 19809  ) Civil Action No. CR 05-29
V.                           )
                             )
United States Marshals Office )
Respondants 844 N. King Street
         Wilmington, Delaware 19801

Petition For Writ Of Mandamus Pursuant To Title 28 U.S.C. 1651
And Declaratory Relief Pursuant To Title 28 U.S.C. 2203

Comes Now, The Petitioner Ronald G. Johnson Inmate Number #182421 held at Howard R. Young Correctional Institution 1301 E. 12th Street Wilmington, Delaware 19809, And Moves this Honorable Court to issue Writ Of Mandamus to the Wilmington Delaware U.S. Marshals Ordering them to transfer me to Federal Facility for the attacked (30) thirty days Mental Evaluation. In support thereof petitioner asserts the following.

Statement Of The Facts

The U.S. Marshal refuses to transfer me to a federal Facility as was Court Ordered by the judge. The U.S. Marshals was allowed to keep me chained up in Court During my Violation of Probation Hearing. They now think the Court had or has given them Jurisdiction and authority to punish, Harrass and or retaliate against me. And to keep me longer in prison, by not not transfering me to my Court Order Mental evaluation. The Staff here Called them and the U.S. Marshals with a attitude told Staff here," that they going to hold me here till they get ready to move me".

I intend on Filing Civil Action Lawsuit for monetorial Damages.

### Relief Prayed

a.) I Moves and Petitions this Honorable Court to issue Writ of Mandomus Ordering the U.S. Marshals to immediately transfer me to a Federal facility as Court has Order me to go for a (30) thirty days Mental Evaluation.

P.S. I want this Declaratory Relief Regardless if I am transfered.

### Declaratory Relief Requested

b.) I Moves this Honorable Court for Declaratory relief pursuant to Title 28 U.S.C. 2202 Ordering the U.S. Marshals to Show Cause and detail with documents of Support as to Why they Failed to make the Court Ordered transfer Sooner.

C.) Charge the Marshals with Contempt of Court, or Saction them.

### Oath and Affidovit

I Declare the above true and Correct under Penalty of perjury. Declared June 27, 2006, _Ronald _____ Signed

### Certificate Of Service

I Declare, under penalty of perjury that a true and Foll Copy of this petition was Serve on U.S. Marshal's office And United State Attorney Office & To Shannon Thee Hanson.

Declared June 29, 2006, Signed _Ronald _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-29-KAJ |
| ) | |
| RONALD G. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, the defendant has been charged with violating the terms and conditions of his supervised release, and has been adjudicated to have committed such a violation; and

WHEREAS, for the reasons stated in open court at the conclusion of the hearing on defendant's supervised release violation, the court "desires more information than is otherwise available to it as a basis for determining the mental condition of the defendant," 19 U.S.C. §3552(c).

IT IS HEREBY ORDERED this 30th day of May, 2006, pursuant to 18 U.S.C. § 3552(c), 4244(b), and 4247(b) & (c) that Ronald Johnson shall forthwith be committed to the custody of the Attorney General for a term of thirty (30) days for placement at a suitable federal facility for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological, and/or neurological examination of the defendant to aid in the determination of an appropriate sentence.

IT IS FURTHER ORDERED that a psychiatric, psychological, or medical study report be prepared by the examiner and that a report be filed with the court. The report shall include the following:

1. Mr. Johnson's history;

2. A description of the psychiatric, psychological, neurological, and medical tests that were employed and their results to properly inform the court if Mr. Johnson is experiencing a psychiatric, psychological, neurological and/or medical problem.

3. The examiner's findings of all present symptoms.

4. The examiner's opinions as to diagnosis, prognosis, and appropriate correctional treatment, including any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware