(Rev. 4/97)

United States District Court
For The District Of Delaware

ORIGINAL

Ronald G. Johnson #182421
Plaintiff    P.O. Box 9561
v.           Wilmington, Del 19809

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

United States Marshals Office et al,
Defendant(s)  844 N. King Street
             Wilmington, Del 19801

CASE NUMBER: CR 05-29

I, Ronald G. Johnson, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution 1301 E 12th Street, Wilmington Delaware 19809

   Are you employed at the institution? No   Do you receive any payment from the institution? No
   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  N.A.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N.A. Been incarcerate over 4 years

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount $ __N.A.__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.  N.A.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.  N.A.

   N.A.

   I declare under penalty of perjury that the above information is true and correct.

   __July, 2006__                __Ronald S. Johnson__
   DATE                          SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __0.06__ on account his/her credit at (name of institution) __Howard R. Young Correctional Institution (HRYCI)__.

I further certify that the applicant has the following securities to his/her credit:

_____.

I further certify that during the past six months the applicant's average monthly balance was $ __5.60__ and the average monthly deposits were $ __20.00__.

__7/3/06__                      [signature]
Date                            SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

```
RESIDENT HISTORY REPORT                                                   Page 1 of 1

HRYCI
07/03/06 13:32
ST 007 / OPR JMH

SBI                   :   182421
Resident Name         :   JOHNSON, RONALD G
Time Frame            :   02/15/2006 13:13 - 07/03/2006 13:32

--------------------------------------------------------------------------------
Date         Time    Type               ST   OPR    Receipt #        Amount      Balance
--------------------------------------------------------------------------------

02/15/2006   13:13   Add                8    RP     H18789            20.00       20.05
02/22/2006   08:39   Order              2    DDT    B102794           17.93        2.12
02/27/2006   09:25   Rec Payment        6    kjg    F17062             1.93        0.19
03/01/2006   09:10   Order              2    WLH    B103957            0.13        0.06
```

FILED 2006 JUL 10 PM 4:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Ronald G. Johnson
#182421/H.R.Y.C.I
P.O. Box 9561
Wilmington Delaware 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801