United States District Court
For The District OF Delaware

Ronald G. Johnson #182421
V. Petitioner  P.O. Box 9561
   Wilmington, Delaware 19809
Respondants
United States OF America                Civil Action No.   CR 05-29
United States Probation Office

Dear: Clerk

<u>Please Send Me A Case Number To My Petition For Writ OF Habeas Corpus Pursuant To Title 28 USC 2241(c)(3)</u>

FILED
JUL 13 2006
BD Scanned

Dear: Clerk,

I have sent you a Petition For Writ OF Habeas Corpus Pursuant to Title 28 USC 2241(c)(3), You keep Filing it with Case Number CR 05-29-KAJ

A. Writ OF Habeas Corpus is a whole new Case. You were suppose to File it with it own Case number. So remove it from Case No 1:05-cr-00029 K.AJ. at docket Number 33 and give me a new Case Number

Thank You Sincerely



Ronald G. Johnson
#18249/HRY.CI.
P.O. Box 9561
Wilmington, Delaware 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY