

U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

33 NE 4th Street<br>Miami, Fl 33132

July 26, 2004

The Honorable Kent A. Jordan
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Wilmington, DE 19801

Re:  Name:     **Ronald G. Johnson**
     Reg. No:  **04431-015**
     Case No:  **05-29-KAJ**

Dear Judge Jordan:

On May 30, 2006, an Order of the Court committed Mr. Ronald G. Johnson to the custody of the Bureau of Prisons for a thirty day mental health evaluation under the provisions of Title 18, United States Code, Sections 3552(c) and 4244(b). The Court is requesting more information than is otherwise available to it as a basis for determining the mental condition of the defendant.

Mr. Johnson was designated to the Federal Detention Center, Miami, Florida, on July 12, 2006, and arrived on July 25, 2006, for the evaluation. In order to prepare a thorough evaluation by our staff psychologist, we are requesting that the evaluation period commence from the date of his arrival at this facility. Therefore, the adjusted period of examination would end August 24, 2006.

The Court can expect to receive the report within fifteen days after the termination date of the examination period. This amount of time is necessary to complete the report which will be submitted in a prompt and timely manner.

If you have any questions or concerns, please do not hesitate to contact me at (305) 982-1277 or FAX number (305) 536-7368.

Sincerely,

*Loren A. Grayer*
Loren A. Grayer
Warden

Name:      **Ronald G. Johnson**
Reg. No:   **04431-015**
Case No:   **05-29-KAJ**

cc:

Shannon Hanson, Esquire
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899


Joseph A. Gabay, Esquire
Attorney for Defendant (CJA)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801