IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Crim. A. No. 05-29-KAJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

At Wilmington this 14th day of August, 2006;

IT IS ORDERED that:

Ronald G. Johnson's "Emergency Motion for Writ of Execution" requesting a transfer from the Howard R. Young Correctional Institution in Wilmington, Delaware to a federal facility to undergo psychiatric evaluation is DENIED as moot. (D.I. 40.) The record reveals that Johnson was transferred to the Federal Detention Center in Miami, Florida on July 25, 2006. (D.I. 46.)

_____
UNITED STATES DISTRICT JUDGE