IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Crim. A. No. 05-29-KAJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

At Wilmington this 14th day of August, 2006;

IT IS ORDERED that:

1. Ronald G. Johnson's application to proceed *in forma pauperis* is granted solely for the adjudication of the instant petition for a writ of mandamus and declaratory relief. (D.I. 44.)

2. Ronald G. Johnson's "Petition for a Writ of Mandamus Pursuant to 28 U.S.C. § 1651 and Declaratory Relief Pursuant to 28 U.S.C. § 2202" requesting a transfer from the Howard R. Young Correctional Institution in Wilmington, Delaware to a federal facility to undergo psychiatric evaluation is DENIED as moot. (D.I. 43.) The record reveals that Johnson was transferred to the Federal Detention Center in Miami, Florida on July 25, 2006. (D.I. 46.)

_____
UNITED STATES DISTRICT JUDGE