In The United States District Court
For The District Of Delaware

United States Of America  )
                          )
V.                        ) Criminal Action No. 05-29-K.A.J.
                          )
Ronald G. Johnson         )
        Defendant         )

"Request For Copy Of Court Docket Sheet"

Dear: Clerk and or Court

   Comes Now, The Defendant and Moves this Honorable Court for a Copy of the Court Docket Sheet

And

"Filing Of Administrative Notice Of Change Of Address (And) Federal Inmate Number"

Dear: Clerk and or Court

   Comes Now, The Defendant and Moves this Honorable Court to take administrative notice of my Change of Address. Please enter into the Record my new address "Present Address"

Ronald E. Johnson #04431-015
(F.D.C.) Federal Detention Center (Miami, Florida)
P.O. Box 019120, Miami, Florida 33101-9120

Thank You Sincerely  Ronald Johnson   August 2, 2006

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



Ronald E. Johnson #64431-015
Federal Detention Center (Miami, Florida)
P.O. Box 019120
Miami, Florida 33101-9120

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801