OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2006

TO: Ronald E. Johnson
#04431-015
Federal Detention Center
P.O. Box 019120
Miami, FL 33101-9120

RE: *Request for Copy of Docket,* CR 05-29(KAJ)

Dear Mr. Johnson:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

In The United States District Court
For The District Of Delaware

(50)

United States Of America )
                         )
V.                       )
                         ) Criminal Action No. 05-29-K.A.J.
Ronald G. Johnson        )
        Defendant        )

"Request For Copy Of Court Docket Sheet"

Dear: Clerk and or Court

  Comes Now, The Defendant and Moves this Honorable Court For a Copy of the Court Docket Sheet

And

"Filing Of Administrative Notice Of Change Of Address (And) Federal Inmate Number"

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear: Clerk and or Court

  Comes Now, The Defendant and Moves this Honorable Court to take administrative notice of my Change of Address. Please enter into the Record my new address "Present Address"

Ronald E. Johnson #04431-015
(F.D.C.) Federal Detention Center (Miami, Florida)
P.O. Box 019120, Miami, Florida 33101-9120

Thank You Sincerely  Ronald Johnson    August 2, 2006