Case 1:05-cr-00029-KAJ    Document 53    Filed 09/08/2006    Page 1 of 2

In The United States District Court
For The District of Delaware

Ronald G. Johnson            )
          Movant             )
    vs.                      ) Criminal Action No. 05-29-KAJ
                             )
United States of America     )

"Ex-Parte"

**Emergency Motion For Transfer Back To District Court**

Comes Now, The Movant and Defendant and Moves this Honorable Court to "Order" the United States Marshal's Office And United States Marshals to transfer me immediately back before the Court for Further Proceedings.

**Mental Evaluation Is Over**

The Court Ordered a Mental Evaluation and it has been Completed. The 30 days Mental Evaluation is Completed the U.S. Marshal need to be "Ordered" to return me, I am still in F.D.C. Miami, Florida.

**The Defendant Has Fully Serve Sentencing Time**

The Court Said in open Court I have Serve to much time for Drinking Excessive. I been held For 18 months

"Oath And Affidavit (And) Certificate of Service"

I Declare the above true under perjury and United State has not Concern on the issue of transfer



MIAMI FL 331
05 SEP 2006 PM 2 T

Ronald G. Johnson
#04431-015
Federal Detention Center (Miami, Florida)
P.O. Box 019120
Miami, Florida 33101-9126

TO: Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801