In The United States District Court
For The District OF Delaware

Re: United States OF America            )            05cr29 KAJ
    v.                                  ) Criminal Action No. Cr-29-KAJ
    Ronald G. Johnson #04431-015        )

Admininistrative Notice to District Court OF A Motion For Stay OF All Proceedings And Sentencing, Until District Court give A Civil Action Number to His Petition For Writ OF Habeas Corpus And The Merits of Said Petition is reached Filed in U.S. Court OF Appeals, For The Third Circuit And For Judge Hon. Kent A. Jordan to resign and or recuse himself or be Ordered Dismissed from both Criminal Case of Violation of Probation "(And)" Dismissal or For Honorable Kent A. Jordan Dismissal and removal From handling Petitioner Petition For Writ OF Habeas Corpus.



FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Ronald G. Johnson
#04431-015
Federal Detention Center
P.O. Box 562
Philadelphia, Pennsylvania 19106

PHILADELPHIA PA 191
13 OCT 2006 PM 5 L

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801