In The United States District Court
For The District Of Delaware

United States Of America )
)
Vs. ) Criminal Action No. 05cr29 KAJ
)
Ronald G. Johnson )

"Motion And Request For Copy Of Court Docket Sheet"
(And) "Administrative Notice of Change Of Address"

Comes Now, The Defendant and File and Moves the Court For a Copy of the Court Docket Sheet, In Support thereof the Defendant presents the following-

"The Defendant in Proceeding in Forma Pauperis" and is indegent and can not afford a Copy of this Docket Sheet and the U.S. Marshal has lost all Defendant's legal paper work et al., Therefore a free Copy is needed.

"Administrative Notice"

Comes Now, The Defendant and file Administrative Notice to the Court and Clerk thereof that he is now housed at Federal Detention Center Philadelphia, Pennsylvania P.O. Box 562 Philadelphia Pennyslvania 19106

"Certificate Of Service (And) Oath And Affidavit"

I Declare under penalty of perjury that the foregoing is true and correct and that the U.S. Attorney And Shawn Thee Hanson And U.S. Probation Office was serve a true and Full Copy this date October 12, 2006, Signed Ronald Johnson

*Stamp: OCT 17 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE*

Ronald G. Johnson
#44431-015
Federal Detention Center
P.O. Box 562
Philadelphia, Pennsylvania 19106

PHILADELPHIA PA 191
15 OCT 2006 PM 8 T
Legal Mail

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801