OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 18, 2006

TO: Ronald G. Johnson
    04431-015
    FDC - Philadelphia
    P.O. Box 562
    Phialdelphia, PA 19106

**RE: *Request for Copywork*; Crim. No. 05-29 KAJ**

Dear Mr. Johnson:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet from Crim. No. 05-29.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of $3.50 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan