IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-29-KAJ |
| RONALD G. JOHNSON, | ) ) ) |
| Defendant. | ) |

### ORDER

The defendant having filed a document entitled "Administrative Notice[:] the Defendant Has Maxed-Out and Served Over the Maximum Sentence of this Grade C Technical Violation" (D.I. 59), and the court construing the same as a motion for a sentence of time served and immediate release,

IT IS HEREBY ORDERED that:

1.   The United States shall respond to the said motion on or before October 26, 2006,

2.   Defendant may file any reply to the response on or before November 1, 2006, and

3.   Sentencing is set in this matter for November 3, 2006 at 11:00 a.m.

/s/ 
UNITED STATES DISTRICT JUDGE

October 23, 2006
Wilmington, Delaware