IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-29-KAJ |
| | ) | |
| RONALD G. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **25**th day of **October, 2006**,

IT IS ORDERED that the sentencing hearing presently set for

**November 3, 2006 at 11:00 a.m.** is hereby rescheduled to **October 27, 2006 at 11:30**

**a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington,

Delaware.

_____
UNITED STATES DISTRICT JUDGE