⊛AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

RONALD G. JOHNSON

**WARRANT FOR ARREST**

Case Number:    1:05CR29 (KAJ)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RONALD G. JOHNSON _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation      X  Probation Violation Petition

charging him or her        (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of:    _TITLE 18_    United States Code, Section(s) _287 and 2_ _____

| | |
|---|---|
| Peter T. Dalleo | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 5/24/05 at Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| *Ronald G. Johnson* |

| DATE RECEIVED 5/24/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/24/06 | T. Conrad  DUSM | *[signature]* |